Submitted on briefs January 7, affirmed January 14, 1972

STATE OF OREGON, *Respondent, v.* HARRY EDWARD BRUCE (No. 19868), *Appellant.*

492 P2d 512

Gary D. Babcock, Public Defender, Salem, for appellant.

John L. Snyder, District Attorney, Dallas, for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

AFFIRMED. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).